```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 12542
   MARILYN J MITCHELL
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-4470


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/13/2007 and was not confirmed.

    The case was dismissed without confirmation 08/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------

LITTON LOAN SERVICING    CURRENT MORTG            .00             .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE       16000.00             .00            .00
ALLIED INTERSTATE        UNSEC W/INTER NOT FILED                  .00            .00
CAPITAL ONE              UNSEC W/INTER       2189.04              .00            .00
CAPITAL ONE              UNSEC W/INTER        633.68              .00            .00
CHECK RECOVERY SYSTEMS   UNSEC W/INTER NOT FILED                  .00            .00
DEBT CREDIT SERVICES     UNSEC W/INTER NOT FILED                  .00            .00
FIRST PREMIER BANK       UNSEC W/INTER NOT FILED                  .00            .00
HARVARD COLLECTION       UNSEC W/INTER NOT FILED                  .00            .00
LVNV FUNDING             UNSEC W/INTER NOT FILED                  .00            .00
MEDICAL COLLECTION       UNSEC W/INTER NOT FILED                  .00            .00
MUTUAL HOSPITAL SERVICES UNSEC W/INTER NOT FILED                  .00            .00
SEARS/CBSD               UNSEC W/INTER NOT FILED                  .00            .00
SHERMAN ACQUISITION      UNSEC W/INTER NOT FILED                  .00            .00
SHERMAN ACQUISITION      UNSEC W/INTER NOT FILED                  .00            .00
SUPERIOR MANAGEMENT      UNSEC W/INTER NOT FILED                  .00            .00
UNITED CREDIT UNION      NOTICE ONLY   NOT FILED                  .00            .00
DOLLIE I WARREN REED     DEBTOR ATTY            .00                              .00
TOM VAUGHN               TRUSTEE                                                 .00
DEBTOR REFUND            REFUND                                                  .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------        ---------------
TOTALS                     .00                    .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12542 MARILYN J MITCHELL
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 12/05/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE